| Fill in this information to identify the case: | |
|---|---|
| Debtor name   Bridgewater Castle Rock ALF, LLC | |
| United States Bankruptcy Court for the:   DISTRICT OF COLORADO | |
| Case number (if known)   24-13319-TBM | ☐ Check if this is an amended filing |

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                         12/15

### Part 1:   Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $     42,500,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $     2,133,434.89

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $     44,633,434.89

### Part 2:   Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $     40,306,972.81

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................... $     53,946.28

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............ +$     6,780,131.22

4.  **Total liabilities** ...............................................................................
    Lines 2 + 3a + 3b                      $     47,141,050.31

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Bridgewater Castle Rock ALF, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | 24-13319-TBM |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                              12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | FirstBank Holding Company | Checking | 9510 | $11,357.00 |
| 3.2. | UMB Bank National Association | Checking | 3491 | $681.72 |
| 3.3. | UMB Bank National Association | Checking | 3492 | $2,097,210.20 |
| 3.4. | UMB Bank National Association | Checking | 3493 | $854.21 |
| 3.5. | UMB Bank National Association | Checking | 3494 | Unknown |
| 3.6. | UMB Bank National Association | Checking | 3495 | Unknown |
| 3.7. | UMB Bank National Association | Checking | 3496 | Unknown |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor   Bridgewater Castle Rock ALF, LLC
_____   Case number *(If known)*  24-13319-TBM
Name

| | | | | |
|---|---|---|---|---|
| 3.8. | UMB Bank National Association | Checking | 3497 | Unknown |
| 3.9. | UMB Bank National Association | Checking | 3497 | Unknown |
| 3.10. | UMB Bank National Association | Checking | 3498 | Unknown |
| 3.11. | UMB Bank National Association | Checking | 3499 | Unknown |
| 3.12. | UMB Bank National Association | Checking | 4910 | Unknown |
| 3.13. | UMB Bank National Association | Checking | 4911 | $2,407.24 |
| 3.14. | UMB Bank National Association | Checking | 4912 | $20,924.52 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       | $2,133,434.89 |

| **Part 2:** | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| **Part 3:** | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   Bridgewater Castle Rock ALF, LLC                                          Case number *(If known)*  24-13319-TBM
         _____
         Name

☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  3999 Home Street, Castle Rock, CO 80108 | Fee Simple | $0.00 | Appraisal | $42,500,000.00 |

56.   **Total of Part 9.**                                                                                    | $42,500,000.00 |

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☒ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

Debtor    Bridgewater Castle Rock ALF, LLC          Case number *(If known)*   24-13319-TBM
         Name

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☒ No.    Go to Part 12.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Bridgewater Castle Rock ALF, LLC | Case number *(If known)* | 24-13319-TBM |
|---|---|---|---|
| | Name | | |

**Part 12:  Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,133,434.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $42,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,133,434.89 | + 91b. $42,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $44,633,434.89 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __Bridgewater Castle Rock ALF, LLC__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __24-13319-TBM__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** C & L Water Solutions, Inc.
Creditor's Name

12249 Mead Way
Littleton, CO 80125
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
10/02/2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Douglas County Housing Partnership
2. The Pole Base Company
3. H&E Equipment Services, Inc.
4. C & L Water Solutions, Inc.
5. NRE Excavating Inc.
6. Horizon LLC
7. Martin Marietta Materials, Inc.
8. Castle Construction Services LLC
9. CB Concrete, Inc.
10. SF Construction, Inc.

Describe debtor's property that is subject to a lien
3999 Home Street, Castle Rock, CO 80108

_____

Describe the lien
Mechanic's Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount of claim: $0.00    Value of collateral: $42,500,000.00

**2.2** Castle Construction Services LLC
Creditor's Name

635 Canosa Court
Denver, CO 80204
Creditor's mailing address

Describe debtor's property that is subject to a lien
3999 Home Street, Castle Rock, CO 80108

_____

Describe the lien
Mechanic's Lien

Amount of claim: $0.00    Value of collateral: $42,500,000.00

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Bridgewater Castle Rock ALF, LLC
_____
Name

Case number (if known)   24-13319-TBM
_____

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>11/29/2023<br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |

---

| | | | |
|---|---|---|---|
| **2.3** | **CB Concrete, Inc.**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>3999 Home Street, Castle Rock, CO 80108 | $0.00 / $42,500,000.00 |
| | P.O. Box 1554<br>Parker, CO 80134<br>Creditor's mailing address | **Describe the lien**<br>Mechanic's Lien | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred**<br>06/01/2022<br>**Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |

---

| | | | |
|---|---|---|---|
| **2.4** | **Douglas County Housing Partnership**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>FirstBank Holding Company; UMB Bank National Association; UMB Bank National Association; UMB Bank National Association; UMB Bank National Association; UMB Bank National Association; UMB Bank National Association; UMB Bank National Association; UMB Bank National Association; UMB Bank National Association; UMB Bank National Association; UMB Bank National Association; 3999 Home Street, Castle Rock, CO 80108 | $40,306,972.81 / $44,633,434.89 |
| | 9350 Heritage Hills Circle<br>Lone Tree, CO 80124<br>Creditor's mailing address | **Describe the lien**<br>Deed of Trust | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred**<br>**Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 5

Debtor    Bridgewater Castle Rock ALF, LLC                                   Case number (if known)    24-13319-TBM
              Name

☐ No
☒ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative ☐ Unliquidated
priority.                               ☒ Disputed
Specified on line 2.1

---

| 2.5 | H&E Equipment Services, Inc. | | $0.00 | $42,500,000.00 |

**Describe debtor's property that is subject to a lien**
3999 Home Street, Castle Rock, CO 80108

Creditor's Name

9200 East 96th Avenue
Henderson, CO 80640
Creditor's mailing address

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
05/17/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.6 | Horizon LLC | | $0.00 | $42,500,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
3999 Home Street, Castle Rock, CO 80108

7534 East 1st Street
Scottsdale, AZ 85251
Creditor's mailing address

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
11/15/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.7 | Martin Marietta Materials, Inc. | | $0.00 | $42,500,000.00 |

Creditor's Name
1627 Cole Boulevard, Suite 200
Lakewood, CO 80401
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
3999 Home Street, Castle Rock, CO 80108

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 3 of 5

| Debtor | Bridgewater Castle Rock ALF, LLC | | Case number (if known) | 24-13319-TBM |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
02/22/2024
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.1 | ☐ Unliquidated |
| | ☒ Disputed |

(top right of first block)
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| 2.8 | NRE Excavating Inc. | **Describe debtor's property that is subject to a lien** | $0.00 | $42,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 3999 Home Street, Castle Rock, CO 80108 | | |

3601 Stagecoach Road,
Suite 201
Longmont, CO 80504
Creditor's mailing address

Creditor's email address, if known

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
02/28/2024
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.1 | ☐ Unliquidated |
| | ☒ Disputed |

---

| 2.9 | SF Construction, Inc. | **Describe debtor's property that is subject to a lien** | $0.00 | $42,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 3999 Home Street, Castle Rock, CO 80108 | | |

9717 Sunset Hill Drive
Lone Tree, CO 80124
Creditor's mailing address

Creditor's email address, if known

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
04/22/2024
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| Specified on line 2.1 | ☐ Unliquidated |
| | ☒ Disputed |

---

| 2.1 0 | The Pole Base Company | **Describe debtor's property that is subject to a lien** | $0.00 | $42,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 3999 Home Street, Castle Rock, CO 80108 | | |

6615 Vincent Drive
Colorado Springs, CO 80918
Creditor's mailing address

**Describe the lien**
Mechanic's Lien

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 5

Debtor      Bridgewater Castle Rock ALF, LLC                          Case number (if known)      24-13319-TBM
            _____                                                   _____
            Name

|  | Is the creditor an insider or related party? |
|---|---|
| _____ | ☒ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| 09/06/2023 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $40,306,972.81 |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| UMB Bank, National Association<br>277 East Camelback Road, Suite 350<br>Phoenix, AZ 85016 | Line  2.4 |  |

---

**Fill in this information to identify the case:**

Debtor name    Bridgewater Castle Rock ALF, LLC

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    24-13319-TBM

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Colorado Department of Taxation<br>Attn: Bankruptcy Department, Room 104<br>Lakewood, CO 80214 | $0.00 | $0.00 |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred |  |  |
|  | Basis for the claim:<br>Taxes |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |
| **2.2** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br><br>Philadelphia, PA 19101 | $0.00 | $0.00 |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred |  |  |
|  | Basis for the claim:<br>Taxes |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |
| **2.3** | Priority creditor's name and mailing address<br>Office of the Douglas County Treasurer<br>P.O. Box 1208<br>100 Third Street, Suite 120<br>Castle Rock, CO 80104 | $53,946.28 | $53,946.28 |
|  | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>02/29/2024 |  |  |
|  | Basis for the claim:<br>Taxes |  |  |
|  | Last 4 digits of account number 7500<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  Bridgewater Castle Rock ALF, LLC
_____
     Name

Case number (if known)   24-13319-TBM
_____

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>2 Prong Outlet LLC<br>3508 North 7th Street #120A<br>Phoenix, AZ 85014 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,282.85 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** __Services__ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>3rd and Indian School Assisted Living Fa<br>14650 North 78th Way, Suite B<br>Scottsdale, AZ 85260 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $691,037.00 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _07/24/2023_ | **Basis for the claim:** __Loan__ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Agua Fria Senior Living, LP<br>14650 North 78th Way, Suite B<br>Scottsdale, AZ 85260 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $56,000.00 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _03/28/2024_ | **Basis for the claim:** __Loan__ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Alfred Bell<br>2718 Rising Moon Way<br>Castle Rock, CO 80109 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** __Deposit__ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Annice Wright<br>7164 Canyon Point Road<br>Castle Pines, CO 80108 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _04/12/2024_ | **Basis for the claim:** __Deposit__ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Avondale Van Buren ALF, LLC<br>14650 North 78th Way, Suite B<br>Scottsdale, AZ 85260 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $494,100.00 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _06/16/2023_ | **Basis for the claim:** __Loan__ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>Barbara DeWitt<br>6510 West 73rd Place<br>Arvada, CO 80003 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _12/21/2023_ | **Basis for the claim:** __Deposit__ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>Baxter Construction Co LLC<br>3225 Avenue North<br>Fort Madison, IA 52627 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $106,074.34 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _06/27/2018_ | **Basis for the claim:** __Construction__ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor  Bridgewater Castle Rock ALF, LLC
Name

Case number (if known)  24-13319-TBM

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00
Betty L. Anderson
541 Yucca Hills Road
Castle Rock, CO 80109

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/03/2024

**Basis for the claim:**  Deposit

Last 4 digits of account number

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00
Beverly A. Horiuchi
3515 Goodyear Street
Castle Rock, CO 80109

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/16/2023

**Basis for the claim:**  Deposit

Last 4 digits of account number

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00
Bridgewater Castle Rock Operations, LLC
14650 North 78th Way, Building B
Scottsdale, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**  Loan

Last 4 digits of account number

Is the claim subject to offset? ☐ No  ☒ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,037.00
Bridgewater La Cholla Holdings, LLC
14650 North 78th Way, Suite B
Scottsdale, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/2023

**Basis for the claim:**  Loan

Last 4 digits of account number

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00
Castle Rock Chamber of Commerce
420 Jerry Street
Castle Rock, CO 80104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/30/2023

**Basis for the claim:**  Dues

Last 4 digits of account number

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00
Ceceille Phillips
2203 Candleglow Street
Castle Rock, CO 80109

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:**  Deposit

Last 4 digits of account number

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00
Claudia Zappa
3515 Morning Glory Drive
Castle Rock, CO 80109

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/22/2023

**Basis for the claim:**  Deposit

Last 4 digits of account number

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00
Clyde and Joy Stahl
5330 Kileen Avenue
Castle Rock, CO 80104

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/28/2023

**Basis for the claim:**  Deposit

Last 4 digits of account number

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Bridgewater Castle Rock ALF, LLC
_____
Name

Case number (if known)   24-13319-TBM

---

| 3.17 | **Nonpriority creditor's name and mailing address**<br>David and Kim Taylor<br>142 Sugar Plumb Way<br>Castle Rock, CO 80104<br><br>**Date(s) debt was incurred** 10/27/2023<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Deposit<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | $1,000.00 |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Deer Valley Assisted Living Facility, LL<br>14650 North 78th Way, Suite B<br>Scottsdale, AZ 85260<br><br>**Date(s) debt was incurred** 06/16/2023<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loan<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | $493,536.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Diane Bishop<br>31435 Road 767<br>Big Springs, NE 69122<br><br>**Date(s) debt was incurred** 09/29/2023<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Deposit<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | $1,000.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Diane Kucera<br>3795 Castle Butte Drive<br>Castle Rock, CO 80109<br><br>**Date(s) debt was incurred** 07/31/2023<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Deposit<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | $1,000.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Digital Marketing Group<br>17933 NW Evergreen Place, Suite 360<br>Beaverton, OR 97006<br><br>**Date(s) debt was incurred** 08/2023<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | $68,720.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Don and Sara Garramone<br>1175 South Perry Street<br>Castle Rock, CO 80104<br><br>**Date(s) debt was incurred** 07/10/2023<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Deposit<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | $1,000.00 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Drive Development Partners, LLC<br>1001 North Central Avenue, Suite 201<br>Phoenix, AZ 85004<br><br>**Date(s) debt was incurred** 03/2024<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | $8,750.00 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Fire Protection Service Corporation<br>4155 Harrison Boulevard<br>Ogden, UT 84403<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** 1513 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services<br><br>Is the claim subject to offset?  ☒ No  ☐ Yes | $594.94 |

---

| Debtor | Bridgewater Castle Rock ALF, LLC | Case number (if known) | 24-13319-TBM |
|---|---|---|---|
| | Name | | |

---

**3.25**

**Nonpriority creditor's name and mailing address**
George Thomas
6855 Vista Lodge Loop
Castle Rock, CO 80108

**Date(s) debt was incurred** 03/07/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,000.00

---

**3.26**

**Nonpriority creditor's name and mailing address**
Helen Francis Newbauer
1855 Low Meadow Boulevard #134
Castle Rock, CO 80109

**Date(s) debt was incurred** 06/01/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,000.00

---

**3.27**

**Nonpriority creditor's name and mailing address**
Jacqueline Hewitt
3580 North State Highway 83
Franktown, CO 80116

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,000.00

---

**3.28**

**Nonpriority creditor's name and mailing address**
James Medenhall
2688 Black Canyon Way
Castle Rock, CO 80109

**Date(s) debt was incurred** 09/18/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,000.00

---

**3.29**

**Nonpriority creditor's name and mailing address**
Jeff Mahann
3207 Blue Grass Circle
Castle Rock, CO 80109

**Date(s) debt was incurred** 11/10/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,000.00

---

**3.30**

**Nonpriority creditor's name and mailing address**
Joann Brewer
2528 Greensborough Circle
Littleton, CO 80129

**Date(s) debt was incurred** 01/12/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,000.00

---

**3.31**

**Nonpriority creditor's name and mailing address**
Joann Six
7080 Fox Circle
Larkspur, CO 80118

**Date(s) debt was incurred** 11/06/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,000.00

---

**3.32**

**Nonpriority creditor's name and mailing address**
John and Eileen Fitzgerald
11067 Glacier Park Circle
Parker, CO 80138

**Date(s) debt was incurred** 04/04/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,000.00

---

| Debtor | Bridgewater Castle Rock ALF, LLC | Case number (if known) | 24-13319-TBM |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
John Calvin Noller
2131 Fire Opal Court
Castle Rock, CO 80108

**Date(s) debt was incurred** 09/18/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset? ☒ No ☐ Yes

$1,000.00

---

**3.34** | Nonpriority creditor's name and mailing address
Joseph Marquez
c/o Pam Hanson
11717 East Caribou Drive
Franktown, CO 80116

**Date(s) debt was incurred** 03/13/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset? ☒ No ☐ Yes

$1,000.00

---

**3.35** | Nonpriority creditor's name and mailing address
Judith Robinson
3446 Goodyear Street
Castle Rock, CO 80109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset? ☒ No ☐ Yes

$1,000.00

---

**3.36** | Nonpriority creditor's name and mailing address
Lillie Mae Gallery
1470 South Havana Street, Unit 601
Aurora, CO 80012

**Date(s) debt was incurred** 06/13/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset? ☒ No ☐ Yes

$1,000.00

---

**3.37** | Nonpriority creditor's name and mailing address
Lowell Burgener
859 Lincoln Avenue
Palo Alto, CA 94301

**Date(s) debt was incurred** 01/09/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset? ☒ No ☐ Yes

$1,000.00

---

**3.38** | Nonpriority creditor's name and mailing address
M. June Regan
2002 Burgos Drive
Sarasota, FL 34238

**Date(s) debt was incurred** 07/15/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset? ☒ No ☐ Yes

$1,000.00

---

**3.39** | Nonpriority creditor's name and mailing address
Mary Clark
4833 Front Street, Suite B
Castle Rock, CO 80104

**Date(s) debt was incurred** 04/09/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset? ☒ No ☐ Yes

$1,000.00

---

**3.40** | Nonpriority creditor's name and mailing address
Nancy Lorig
1114 Colt Circle
Castle Rock, CO 80109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deposit

Is the claim subject to offset? ☒ No ☐ Yes

$1,000.00

---

Debtor   **Bridgewater Castle Rock ALF, LLC**                                        Case number (if known)   24-13319-TBM
_____
Name

---

| 3.41 | **Nonpriority creditor's name and mailing address**<br>O'Neil Printing, Inc.<br>4303 East Colton Center Boulevard<br>Phoenix, AZ 85040 | As of the petition filing date, the claim is: Check all that apply. | $1,468.27 |

    ☐ Contingent<br>    ☐ Unliquidated<br>    ☐ Disputed

**Date(s) debt was incurred** 02/2024

**Last 4 digits of account number** ___

**Basis for the claim:** Goods

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address**<br>Patricia Farmer<br>535 Castle Pines Parkway<br>Castle Rock, CO 80108 | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

    ☒ Contingent<br>    ☐ Unliquidated<br>    ☐ Disputed

**Date(s) debt was incurred** 09/18/2023

**Last 4 digits of account number** ___

**Basis for the claim:** Deposit

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address**<br>Priority LLC<br>837 Riverfront Drive<br>Sheboygan, WI 53081 | As of the petition filing date, the claim is: Check all that apply. | $110,521.25 |

    ☐ Contingent<br>    ☐ Unliquidated<br>    ☐ Disputed

**Date(s) debt was incurred** 09/2023

**Last 4 digits of account number** ___

**Basis for the claim:** Goods

Is the claim subject to offset?   ☐ No   ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address**<br>Richard Boydstun<br>10001 South Oswego Street, 171<br>Parker, CO 80134 | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

    ☒ Contingent<br>    ☐ Unliquidated<br>    ☐ Disputed

**Date(s) debt was incurred** 06/22/2023

**Last 4 digits of account number** ___

**Basis for the claim:** Deposit

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address**<br>Ronald Olsen<br>6371 Diamond Ridge Parkway<br>Castle Rock, CO 80108 | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

    ☒ Contingent<br>    ☐ Unliquidated<br>    ☐ Disputed

**Date(s) debt was incurred** 07/31/2023

**Last 4 digits of account number** ___

**Basis for the claim:** Deposit

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Serendipit Consulting<br>407 West Osborn Road<br>Phoenix, AZ 85013 | As of the petition filing date, the claim is: Check all that apply. | $16,694.39 |

    ☐ Contingent<br>    ☐ Unliquidated<br>    ☐ Disputed

**Date(s) debt was incurred** 02/2024

**Last 4 digits of account number** ___

**Basis for the claim:** Services

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address**<br>Sharon Pugh<br>200 South Wilcox Street PMB 423<br>Castle Rock, CO 80104 | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

    ☒ Contingent<br>    ☐ Unliquidated<br>    ☐ Disputed

**Date(s) debt was incurred** 03/20/2024

**Last 4 digits of account number** ___

**Basis for the claim:** Deposit

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address**<br>Shelter American Holdings, Inc.<br>2600 Seven Evergreen Place<br>Winnipeg, Manitoba R3L 2T3<br>Canada | As of the petition filing date, the claim is: Check all that apply. | $850,000.00 |

    ☐ Contingent<br>    ☐ Unliquidated<br>    ☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Loan

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | |
|---|---|
| Debtor | Bridgewater Castle Rock ALF, LLC |
| | Name |

Case number (if known)  24-13319-TBM

---

**3.49**

Nonpriority creditor's name and mailing address
Shirley Lemaire
3790 Ghost Dance Drive
Castle Rock, CO 80108

Date(s) debt was incurred  10/17/2023

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit

Is the claim subject to offset?  ☒ No   ☐ Yes

$1,000.00

---

**3.50**

Nonpriority creditor's name and mailing address
Silver Heights Water & Sanitation Distri
1027 Harvey Street
Castle Rock, CO 80109

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset?  ☒ No   ☐ Yes

$7,492.33

---

**3.51**

Nonpriority creditor's name and mailing address
Sodexo Inc & Affiliates
P.O. Box 360170
Pittsburgh, PA 15251

Date(s) debt was incurred  02/2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?  ☒ No   ☐ Yes

$59,405.04

---

**3.52**

Nonpriority creditor's name and mailing address
Solterra Castle Rock Partners, LLC
14650 North 78th Way, Building B
Scottsdale, AZ 85260

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset?  ☒ No   ☐ Yes

$3,500,000.00

---

**3.53**

Nonpriority creditor's name and mailing address
Solterra Management Group, LLC
14650 North 78th Way, Building B
Scottsdale, AZ 85260

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Management Fees

Is the claim subject to offset?  ☒ No   ☐ Yes

$90,000.00

---

**3.54**

Nonpriority creditor's name and mailing address
The Orcutt/Winslow LLLP
2929 North Central Avenue Fl 11
Phoenix, AZ 85012

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Architect

Is the claim subject to offset?  ☒ No   ☐ Yes

$79,570.64

---

**3.55**

Nonpriority creditor's name and mailing address
The Vertex Companies, LLC
400 Libbey Parkway
Weymouth, MA 02189

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?  ☒ No   ☐ Yes

$1,900.00

---

**3.56**

Nonpriority creditor's name and mailing address
Tilladelse LLC
1801 West Bay Drive NW, Suite 203
Olympia, WA 98502

Date(s) debt was incurred  10/2023

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?  ☒ No   ☐ Yes

$4,061.25

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Bridgewater Castle Rock ALF, LLC | Case number (if known) | 24-13319-TBM |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address<br>Veon Mendelhall<br>2688 Black Canyon Way<br>Castle Rock, CO 80109<br>**Date(s) debt was incurred** 09/18/2023<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Deposit<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,000.00 |
|---|---|---|---|
| 3.58 | Nonpriority creditor's name and mailing address<br>Waypoint<br>82 South Main Street<br>Topsfield, MA 01983<br>**Date(s) debt was incurred** 10/21/2023<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,839.92 |
| 3.59 | Nonpriority creditor's name and mailing address<br>Wild Marketing Group<br>N7W22025 Johnson Drive, Suite 101<br>Waukesha, WI 53186<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Goods<br>Is the claim subject to offset? ☒ No ☐ Yes | $15,846.00 |
| 3.60 | Nonpriority creditor's name and mailing address<br>Yvonne Hanson<br>7188 Skyline Court<br>Sterling, CO 80751<br>**Date(s) debt was incurred** 03/13/2024<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply.<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Deposit<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,000.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Barbara DeWitt<br>3398 Shire Circle<br>Castle Rock, CO 80104 | Line 3.7<br>☐ Not listed. Explain | _ |
| 4.2 | Joseph Marquez<br>c/o Karen Strawnton<br>P.O. Box 51<br>Castle Rock, CO 80104 | Line 3.34<br>☐ Not listed. Explain | _ |
| 4.3 | Patricia Farmer<br>6831 Copper Sky Circle<br>Castle Pines, CO 80108 | Line 3.42<br>☐ Not listed. Explain | _ |
| 4.4 | Richard Boydstun<br>1066 Clarke Court<br>Castle Rock, CO 80109 | Line 3.44<br>☐ Not listed. Explain | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 53,946.28 |

| Debtor | Bridgewater Castle Rock ALF, LLC | Case number (if known) | 24-13319-TBM |
|---|---|---|---|
| | Name | | |

**5b. Total claims from Part 2**

5b.  +  $              6,780,131.22

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.     $              6,834,077.50

**Fill in this information to identify the case:**

Debtor name ___Bridgewater Castle Rock ALF, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF COLORADO___

Case number (if known) ___24-13319-TBM___

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | AIA A133 - 2009, Standard Form Contract Between Owner and Construction Manager as Constructor | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Baxter Construction Co LLC<br>3225 Avenue North<br>Fort Madison, IA 52627 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Health Information Exchange Participant Agreement | |
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | Colorado Regional Health Information Org<br>2000 South Colorado Boulevard<br>Denver, CO 80222 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Services Order Agreement | |
| | State the term remaining | 4 years, 5 months | |
| | List the contract number of any government contract | | Consolidated Smart Broadband Systems, LL<br>620 West 135th Street<br>Gardena, CA 90248 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Contract for fire alarm monitoring | |
| | State the term remaining | 3 years | |
| | List the contract number of any government contract | | Mountain Alarm Fire & Security<br>7276 West Mansfield Avenue<br>Denver, CO 80235 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  Bridgewater Castle Rock ALF, LLC
  First Name  Middle Name  Last Name

Case number *(if known)*  24-13319-TBM

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Management Services Agreement | |
|---|---|---|---|
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | Solterra Management Group, LLC<br>14650 North 78th Way, Building B<br>Scottsdale, AZ 85260 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lease (2024 Ford Eldorado Advantage) | |
|---|---|---|---|
| | State the term remaining | 5 years | |
| | List the contract number of any government contract | | The Huntington National Bank<br>11100 Wayzata Boulevard, Suite 700<br>Hopkins, MN 55305 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | AIA B101 - 2017, Standard Form of Agreement Between Owner and Architect | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | The Orcutt/Winslow LLLP<br>2929 North Central Avenue Fl 11<br>Phoenix, AZ 85012 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Bridgewater Castle Rock ALF, LLC__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __24-13319-TBM__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.8 Arni Thorsteinson | 2600 Seven Evergreen Place<br>Winnipeg, Manitoba R3L 2T3<br>Canada | Douglas County Housing Partnership | ☒ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 Steve Jorgenson | 6445 East Calle Del Media<br>Scottsdale, AZ 85251 | Douglas County Housing Partnership | ☒ D __2.4__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy